**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-1360**

In re:  CHRISTOPHER MOSBY,

  Petitioner.

On Petition for Writ of Mandamus.  (1:19-cv-00238-TDS-JLW)

Submitted:  August 25, 2020                    Decided:  August 27, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Christopher Mosby, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mosby petitions for a writ of mandamus, seeking an order directing the district court to act on his 28 U.S.C. § 2254 petition. Our review of the district court's docket reveals that the district court has dismissed Mosby's § 2254 petition. Accordingly, because the district court has recently decided Mosby's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*